**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANNA B. SALES                                                                                               PLAINTIFF

V.                                      NO. 4:04CV00840-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## **JUDGMENT**

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE